UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jonathan Geayer

Case No.: 18-12853/ABA
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on June 12, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>51 Harwood Lane<br>Clementon, NJ<br>FMV - $125,000.00 |
|---|---|

| Liens on property: | DiTech - $108,584.00 |
|---|---|

| Amount of equity claimed as exempt: | $1.00*<br>*Additional exemptions are available |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 18-12853-ABA
Jonathan R. Geayer                                               Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: May 11, 2018
                               Form ID: pdf905              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             +Jonathan R. Geayer,    51 Harwood Lane,    Clementon, NJ 08021-3606
517331592     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,
                Woodland Hills, CA 91367)
517331594      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517331593      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
517331597      +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:09     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517331591      +E-mail/Text: g20956@att.com May 11 2018 23:56:49     AT&T Mobility,    PO Box 537113,
                Atlanta, GA 30353-7113
517331590      +E-mail/Text: EBNProcessing@afni.com May 11 2018 23:56:20     Afni,   Po Box 3097,
                Bloomington, IL 61702-3097
517331595      +E-mail/PDF: creditonebknotifications@resurgent.com May 11 2018 23:57:46     Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
517331596      +E-mail/Text: bankruptcy.bnc@ditech.com May 11 2018 23:55:52     Ditech,    PO Box 6172,
                Rapid City, SD 57709-6172
517331598       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 23:57:44
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Jonathan R. Geayer aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```